UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CLEVELAND BAKERS AND TEAMSTERS PENSION FUND, on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>LAMB WESTON HOLDINGS, INC., THOMAS P. WERNER, and BERNADETTE M. MADARIETA,<br><br>          Defendants. | Case No.: 1:24-cv-00282-DCN-CWD<br><br>CLASS ACTION<br><br>**ORDER GRANTING WITHDRAWAL OF COUNSEL** |
| WEST PALM BEACH FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>LAMB WESTON HOLDINGS, INC., THOMAS P. WERNER, and BERNADETTE M. MADARIETA,<br><br>          Defendants. | Case No.: 1:24-cv-00350-DCN<br><br>CLASS ACTION<br><br>**ORDER GRANTING WITHDRAWAL OF COUNSEL** |

On January 28, 2025, Johnson May filed its Motion to Withdraw as Counsel for the

International Brotherhood of Teamsters Local No. 710 Pension Fund, Macomb County

ORDER GRANTING WITHDRAWAL OF COUNSEL - 1

Employees' Retirement System, Macomb County Retiree Health Care Fund, and Macomb County Intermediate Retirees Medical Benefits Trust.

The Court, having considered Johnson May's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

Johnson May is granted leave to withdraw as counsel for the International Brotherhood of Teamsters Local No. 710 Pension Fund, Macomb County Employees' Retirement System, Macomb County Retiree Health Care Fund, and Macomb County Intermediate Retirees Medical Benefits Trust.

IT IS SO ORDERED.

DATED: February 3, 2025

David C. Nye
Chief U.S. District Court Judge

ORDER GRANTING WITHDRAWAL OF COUNSEL - 2