Lynnette Davis (ISB #5263)
Tyler J. Anderson (ISB #6632)
**HAWLEY TROXELL**
877 W. Main Street, Suite 200
Boise, ID 83702
Telephone:  (208) 344-6000
Facsimile:  (208) 954-5213
ldavis@hawleytroxell.com
tanderson@hawleytroxell.com
*Attorneys for Defendants Lamb Weston*
*Holdings, Inc., Thomas P. Werner,*
*and Bernadette M. Madarieta*
[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| OFI INVEST ASSET MANAGEMENT, ON BEHALF OF OFI INVEST ACTIONS AMERIQUE, and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LAMB WESTON HOLDINGS, INC., THOMAS P. WERNER, and BERNADETTE M. MADARIETA,<br><br>Defendants. | Case No. 1:24-cv-00282-DCN |

## DEFENDANT LAMB WESTON HOLDINGS, INC.'S
## NOTICE OF ERRATA RE DKT. 79

COMES NOW Defendant Lamb Weston Holdings, Inc. ("Lamb Weston"), by and through undersigned counsel, and hereby files this Notice of Errata regarding Lamb Weston's Reply in Support of Its Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) [Dkt. 79] ("Reply").

On page 3 of Lamb Weston's Reply, the first full sentence incorrectly reads as follows:

"Even more striking, Plaintiffs' own client, the International Brotherhood of Teamsters Local No. 710 Pension Fund, is based in the Northern District of Illinois, and must have received Lamb Weston's allegedly false financial statements in that district *for the purposes of this litigation*.  Mot. 9 n.5."

That sentence should be deleted.

On page 3 of Lamb Weston's Reply, in the first full paragraph, the second sentence incorrectly reads as follows:

"Plaintiffs cannot debate that the Northern District of Illinois is a jurisdiction where acts constituting the alleged violation occurred, especially considering that one of Plaintiffs' clients is based in that judicial district."

That sentence should be corrected to read as follows:

"Plaintiffs cannot debate that the Northern District of Illinois is a jurisdiction where acts constituting the alleged violation occurred."

Attached hereto, as **Exhibit A**, is Lamb Weston's Corrected Reply.

Dated: June 10, 2025

Respectfully Submitted,
LAMB WESTON HOLDINGS, INC.

One of Its Attorneys
Lynnette Davis (ISB #5263)
Tyler J. Anderson (ISB #6632)
**HAWLEY TROXELL**
877 W. Main Street, Suite 200
Boise, ID 83702

1

Telephone: (208) 344-6000
Facsimile: (208) 954-5213
ldavis@hawleytroxell.com
tanderson@hawleytroxell.com

James F. Herbison (admitted *pro hac vice*)
Michael P. Mayer (admitted *pro hac vice*)
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
JHerbison@winston.com
MMayer@winston.com

John Schreiber (admitted *pro hac vice*)
Jeffrey L. Steinfeld (admitted *pro hac vice*)
**WINSTON & STRAWN LLP**
333 S. Grand Ave.
Los Angeles, CA 90071
Telephone: (213) 615-1700
JSchreiber@winston.com
JLSteinfeld@winston.com

*Attorneys for Defendants Lamb Weston
Holdings, Inc., Thomas P. Werner, and
Bernadette M. Madarieta*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system.  Copies of the document will be served on all counsel of record automatically by operation of the Court's CM/ECF filing system.

<u>Lynnette M. Davis</u>