Scott McKay (ISB #4309)
Nathan Pittman (ISB #9430)
**NEVIN, BENJAMIN & MCKAY LLP**
303 W. Bannock Street
Boise, Idaho 83702
Tel.: (208) 343-1000
Fax: (208) 345-8274
smckay@nbmlaw.com
npittman@nbmlaw.com

*Local Counsel for Lead Plaintiffs*
*and the Class*

[Additional counsel listed on signature pages.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| OFI INVEST ASSET MANAGEMENT, ON BEHALF OF OFI INVEST ACTIONS AMÉRIQUE, and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LAMB WESTON HOLDINGS, INC., THOMAS P. WERNER, and BERNADETTE M. MADARIETA,<br><br>Defendants. | Case No.: 1:24-cv-00282-DCN<br><br>CLASS ACTION<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |

Lead Plaintiffs Ofi Invest Asset Management and Oklahoma Police Pension and Retirement System, and additional plaintiff Cleveland Bakers and Teamsters Pension Fund (collectively, "Plaintiffs"), respectfully move for leave of Court to file a 5-page sur-reply to address three new arguments raised for the first time in the July 23, 2025 reply brief (the "Reply") filed by Defendants Lamb Weston Holdings, Inc., Thomas P. Werner, and Bernadette M. Madarieta ("Defendants") in support of their motion to dismiss. ECF No. 83. A copy of Plaintiffs' proposed sur-reply is attached hereto as Exhibit A.

*First*, the Reply raised a new argument not contained in or even mentioned in their opening brief (ECF No. 66-1) that because Plaintiffs last purchased Lamb Weston stock on May 6, 2024, any misrepresentations by Defendants after that date "must be dismissed because Plaintiffs could not have relied on them and lack standing as a matter of law." Reply at 19. This argument is unfounded. However, as this argument was entirely absent from Defendants' opening brief, Plaintiffs have not yet had a chance to respond—and would be prejudiced if not permitted to do so.

*Second*, the Reply extensively cites—again, for the first time—*Shnayder v. Allbirds, Inc.*, 2025 WL 1745596 (N.D. Cal. June 23, 2025) ("*Allbirds*"), to introduce additional arguments concerning the scienter element of Plaintiffs' case. *See* Reply at 1, 5–7. The *Allbirds* decision was issued *after* Plaintiffs filed their opposition to Defendants' motion, and so Plaintiffs have not been afforded the opportunity to address the reasoning in this decision and why it is inapposite to Plaintiffs' case.

*Third*, Defendants in the Reply now dispute the meaning of certain ERP-related statements they made in April and July 2024. *See* Reply at 11. Specifically, Defendants argue for the first time that their statements were not false or misleading because Defendants "did not say" "'the

1

impact of the ERP transition had [ ] been 'contained' to the third quarter.'" *Id*. (quoting ¶189). Once again, as this argument was not raised in Defendants' opening brief, Plaintiffs have not had the opportunity to address this new factual dispute—which is, in any event, inappropriate for resolution at the motion to dismiss stage.

Courts within this District have "recognized that a defendant's reply brief may justify a sur-reply in appropriate circumstances," such as when the reply brief raises new arguments or information for the first time. *Gordan Ocampo v. Corizon, LLC*, 2019 WL 1495251, at \*3 (D. Idaho Apr. 4, 2019). "If a party raises a new argument or presents new evidence in a reply brief, a court may consider these matters only if the adverse party is given an opportunity to respond." *GT Nexus, Inc. v. Inttra, Inc.*, 2014 WL 3373088, at \*1 (N.D. Cal. July 9, 2014) (citing *El Pollo Loco v. Hashim*, 316 F.3d 1032, 1040-41 (9th Cir. 2003)).

Accordingly, Plaintiffs respectfully request that this Court grant Plaintiffs leave to file their proposed, 5-page sur-reply attached hereto as Exhibit A.

Dated: July 30, 2025                    Respectfully submitted,

/s/ Scott McKay
Scott McKay (ISB #4309)
Nathan Pittman (ISB #9430)
**NEVIN, BENJAMIN & MCKAY LLP**
303 W. Bannock Street
Boise, ID 83702
Tel.: (208) 343-1000
Fax: (208) 345-8274
smckay@nbmlaw.com
npittman@nbmlaw.com

*Local Counsel for Lead Plaintiffs and the Class*

Salvatore J. Graziano (*pro hac vice*)
Jeroen van Kwawegen (*pro hac vice*)
James A. Harrod (*pro hac vice*)
Katherine Sinderson (*pro hac vice*)
Alexander M. Noble (*pro hac vice*)
Mathews R. de Carvalho (*pro hac vice*)
**BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP**
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
jeroen@blbglaw.com
jim.harrod@blbglaw.com
katiem@blbglaw.com
alexander.noble@blbglaw.com
mathews.decarvalho@blbglaw.com

Karin E. Fisch (*pro hac vice*)
James S. Notis (*pro hac vice*)
Vincent J. Pontrello (*pro hac vice*)
Cecilia E. Stein (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
kfisch@gelaw.com
jnotis@gelaw.com
vpontrello@gelaw.com
cstein@gelaw.com

*Counsel for Lead Plaintiffs and
Lead Counsel for the Class*

3

Frank R. Schirripa (*pro hac vice*)
Kathryn A. Hettler (*pro hac vice*)
**HACH ROSE SCHIRRIPA & CHEVERIE LLP**
112 Madison Avenue, 10th Floor
New York, NY 10016
Tel.: (212) 213-8311
Fax: (212) 779-0028
fschirripa@hrsclaw.com
kh@hrsclaw.com

*Counsel for Plaintiff Cleveland Bakers and
Teamsters Pension Fund*

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system.  Copies of the document will be served on all counsel of record automatically by operation of the Court's CM/ECF filing system.

/s/ Scott McKay
Scott McKay